UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No. 2:17-cr-9
                                            HON. PAUL L. MALONEY

JEFFREY JOHN FINGER,

        Defendant.
_____/

## ORDER OF DETENTION

      Defendant appeared before the undersigned on April 13, 2017, for an initial appearance and arraignment on the Indictment charging defendant with possession of unregistered machine gun, unregistered silencer and attempted possession of a controlled substance. The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. The Court may consider substance abuse treatment for defendant after reviewing reports from his doctor/care providers.

      Defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

                                                        */s/ Timothy P. Greeley*
                                                        TIMOTHY P. GREELEY
                                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 14, 2017